In the Matter of the Accounting of CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Surviving Trustee under a Trust Agreement Made by JOSEPH N. FORD, and as Administrator of the Estate of JOSEPH N. FORD, Deceased Trustee, Respondent. ANNIE W. HARSHBARGER et al., Appellants; MARIE G. FORD, Respondent.

Argued May 20, 1952; decided June 5, 1952.

*Mark F. Hughes, Harold J. Gallagher, Richard Owen* and *William T. Collins, II,* for appellants.

*David R. Crow, Frederick C. Tanner* and *Charles F. Hopkins* for respondents.

Order affirmed, with costs to the respondents; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.